FILED
OCT 21 2019
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

"Supplentmenttary motion

Joenell Rice
vs.
Hazelton USP,
Warden Antonnelly
Hazelton USP Mail Room

Bivens Lawsuit Class Act

Civil Case No: 3:19 CV 178

Groh
Trumble
Sims

I'm sueing Warden Antonnelly because he's in violation of my BOP policy due process rights because we use to get 14 to 16 soaps each week back here which were intittled to but this new Warden Antonnelly just stop this for SHU and now he's having them give us 3 small bubble gum size peaceses of soap each week which is not anough for us to take a shower 7 days a week or we cannot wash are cloths or we cannot clean are cell because they dont give us cleaning supplys except ever once in a blue moon and then we use to get 2 rolls of tissue back here once a week which were intittled to sir but now this Warden Antonnelly got them giving us 2 small kid size hand of napkins from Monday to Sunday each week which is not anough to wipe my behinde when I got to you know what toxic wise which is cruel and unusle punishment, pain, suffering, which is allso another violation of my BOP policy due process rights sir and then I'm a ad inmate which is aministration detention, constitutional rights for prisoner's BOP policy

Program statement says I'm intittled to by commasary hygean in the hole and I'm intittled to by commasary food here in shu-hole and Ive been back here for 2 years with no access to this sir and this warden Antonnelly is further in violation of my bop policy due process rights because he just took legal envolopes off shu commasary which Im intittled to this for access to the court sir and then warden Antonnelly is in further violation of my bop policy rights because he got them copying ~~my~~ mail which is ~~~~ UNCONSTITUTIONAL sir and to put more icying on this cake sir on August 14, 2019 they gave me this have a letter from my old girlfriend which is a violation of my United States constitution rights big time and the mail room is in violation of my United States constitution rights because back in March 2019 I sent my grandmother and letter and she never recieve this sir and the address was correct and everything sir and these people kepted my mail here at the mail room sir and then they just sent it back to me at the end of May 2019 and to put more icying on the cake here is the mail from that day and here is a letter from my grandmother sir, as you can see this is the same address sir

Certificate of Service

Therefore, Movant asks that the Court grant the following Relief:

Or any other Relief to which Movant may be entitled

I declare (or certify, verify, or state) under 28 U.S.C. § was placed in the prison mailing system on month, date, year

executed (signed) on 14 day of oct 2019 (date)

Signature of Movant
Joenell Rice #607-24-060